UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| **CHARLES ALLEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO: 1:21-cv-00071-HAB-SLC |
| | ) |
| **DEXTER AXLE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF RESOLUTION

Plaintiff, Charles Allen, and Defendant, Dexter Axle Company, jointly and respectfully notify the Court that the parties have reached a resolution for this matter. Furthermore, the Parties state as follows:

1) Resolution was reached before the expense of completing depositions or other discovery was incurred.

2) Because of Mr. Allen's incarceration, it is anticipated that review and dissemination of settlement paperwork will be more complicated and require more time than in the typical case.

3) Nevertheless, the Parties agree that it should take no more than sixty (60) days to memorialize their agreement in writing, gather signatures, fulfill their obligations pursuant to the agreement, and to file paperwork to dismiss this action, in its entirety, with prejudice.

4) The Parties respectfully request that the Court consider staying all discovery and dispositive motion deadlines sua sponte for at least sixty (60) days (Monday, November 7, 2022) to allow time for filing of dismissal paperwork.

Respectfully submitted,

/s/  Christopher S. Wolcott
Christopher S. Wolcott
The Wolcott Law Firm LLC
450 East 96th Street Suite 500
Indianapolis, IN  46240
Tel (317) 500-0700
Fax (317) 732-1196
Indy2buck@hotmail.com

Counsel for Plaintiff

/s/  Angela N. Johnson
Angela N. Johnson
David A. Given
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Ste 2500
Indianapolis, IN  46204
Tel (317) 237-1033
Fax (317) 237-1000
Angela.johnson@faegredrinker.com
David.given@faegredrinker.com

Counsel for Defendants