UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| CHARLES ALLEN, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CASE NO: 1:21-cv-00071-HAB-SLC |
| DEXTER AXLE COMPANY, | ) ) ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Charles Allen, and Defendant, Dexter Axle Company, jointly and respectfully file this stipulation of dismissal pursuant to FRCP 41(a)(1)(A)(ii). The Parties agree that this matter should be dismissed with prejudice, each Party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher S. Wolcott | /s/ Angela N. Johnson |
| Christopher S. Wolcott | Angela N. Johnson |
| The Wolcott Law Firm LLC | David A. Given |
| 450 East 96th Street Suite 500 | FAEGRE DRINKER BIDDLE & REATH LLP |
| Indianapolis, IN 46240 | 300 North Meridian Street, Ste 2500 |
| Tel (317) 500-0700 | Indianapolis, IN 46204 |
| Fax (317) 732-1196 | Tel (317) 237-1033 |
| Indy2buck@hotmail.com | Fax (317) 237-1000 |
| | Angela.johnson@faegredrinker.com |
| Counsel for Plaintiff | David.given@faegredrinker.com |
| | Counsel for Defendant |